PROB 12C
Rev 2/03

# United States District Court

for

## Southern District of Ohio

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Carol Ann Teegarden**                                    Case Number: **1:02CR0033**

Name of Sentencing Judicial Officer:   **The Honorable Susan J. Dlott, United States District Judge**

Date of Original Sentence: **November 21, 2002**

Original Offense: **Ct. 1: Embezzlement by Bank Employee, in violation of 18 U.S.C. § 656; Ct. 2: Unauthorized Use of Access Device, in violation of 18 U.S.C. § 1029(a)(2)**

Original Sentence: **Custody of Bureau of Prisons for one day for each count followed by five years of supervised release on count one and three years on count two with the terms to be served concurrently, $19,579.76 in restitution, and a $100 special assessment for each count**

Type of Supervision: **Supervised Release**            Date Supervision Commenced: **November 21, 2002**

Assistant U.S. Attorney: **Timothy D. Oakley**              Defense Attorney: **W. Kelly Johnson**

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons
[ ]  To grant an exception to revocation without a hearing.

The probation officer finds, under penalty of perjury, that probable cause to believe the defendant has violated one or more conditions of supervision exists:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance. On December 13, 2004, Teegarden appeared in United States District Court and entered a plea of guilty to one count of Bankruptcy Fraud in case number CR 1-04-113. Furthermore, on January 27, 2005, she was charged with Fraudulent Use of Credit Cards Over $100 Within a Six Month Period by the Boone County, Kentucky Sheriff's Department. |

U.S. Probation Officer Recommendation: Teegarden is currently being detained in the Grant County Jail pursuant to having her bond revoked in case number CR 1-04-113.

The term of supervision should be
- [X] Revoked.
- [ ] Extended for years, for a total term of years.
- [ ] Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
- [ ] The conditions of supervision should be modified as follows:

Respectfully Submitted By,

*Mark R. Grawe*
Mark R. Grawe
U.S. Probation Officer
Date: February 25, 2005

Approved By,

*John C. Cole*
John C. Cole
Supervising U.S. Probation Officer
Date: February 25, 2005

---

THE COURT ORDERS:

- [ ] No Action
- [X] The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
- [ ] The Issuance of a Summons
- [ ] The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
- [ ] Other

*Susan J. Dlott*
Signature of Judicial Officer

March 1, 2005
Date