IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | Case No. CR-1-02-033 |
| vs. | : | |
| | : | Judge Dlott |
| CAROL ANN TEEGARDEN | : | |

NOTICE OF APPEARANCE

Anne L. Porter, Assistant U.S. Attorney, hereby gives notice to the Court and to counsel for Defendant that she is entering an appearance as additional counsel for the United States, in the above captioned case, and requests that service of all papers filed in this action be made upon her at the following address:

>Anne L. Porter
>Assistant United States Attorney
>221 East Fourth Street, Suite 400
>Cincinnati, Ohio 45202
>(513) 684-3711
>Fax: (513) 684-6385
>Anne.Porter@usdoj.gov

>Respectfully submitted,
>
>GREGORY G. LOCKHART
>United States Attorney
>
>*s/Anne L. Porter*
>ANNE L. PORTER (SD2801)
>Assistant United States Attorney
>221 East Fourth Street, Suite 400
>Cincinnati, Ohio 45202

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appearance* was served this 17th day of May, 2005, electronically, upon W. Kelly Johnson, Esq. and by facsimile transmission to Curtis E. Kissinger, Esq.

*s/Anne L. Porter*
ANNE L. PORTER (SD2801)
Assistant United States Attorney