IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                        Case Number: 1:04cr113
                                                                               1:02cr33

CAROL ANN TEEGARDEN

CRIMINAL MINUTES: SENTENCING

Defendant appeared with counsel and was sentenced as follows:

Jail term of 8 Months in 1:04cr113 and 14 Months in 1:02cr33, consecutive to each other

Conditions/Recommendations:

       That the defendant be placed at Lexington FMC or Alderson FCI

       Mental Health evaluation and/or counseling at discretion of Bureau of Prisons

3 Years Supervised Release in 1:04cr113 and 46 Months in 1:02cr33, concurrent to each other

Conditions:

       Participation in Mental Health Program at discretion of Probation Officer

       Defendant is prohibited from incurring any new credit or establishing any lines of credit

       Defendant shall provide Probation Officer access to all requested financial information

Assessment: 100           Fine: 500           Restitution:

Defendant is remanded to the United States Marshal

Judge:                  Susan J. Dlott

Courtroom Deputy:    Stephen Snyder

Court Reporter:       Julie Wolfer, Official

Date:                  May 18, 2005